Terrance Williams
# 531227
N.E.C.X.
5249 Highway 67 West
P. O. Box 5000
Mountain City, TN 37683-5000

November 4, 2014

Clerk of the Court
U.S. District Court
800 U.S. Courthouse
Nashville, TN 37203

RE: TERRY LEE CLIFTON v. DERRICK SCHOFIELD
No. 3:14-cv-02026 — JUDGE TRAUGER

Dear Clerk,

    Enclosed herewith is my Notice of Disclaimer, please file this with the Court.

    Should you have any questions or comments regarding the above, please feel free to contact me at my address above.

Respectfully yours,<br><br>*/s/ Terrance Williams*<br>Terrance Williams

TW/jcw
PC:    file

RECEIVED IN CLERK'S OFFICE NOV 07 2014 U.S. DISTRICT COURT MID. DIST. TENN.